**STATE v. CARMON**

[357 N.C. 500 (2003)]

STATE OF NORTH CAROLINA v. MARCUS LAMONT CARMON

No. 153A03

(Filed 2 October 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 156 N.C. App. 235, 576 S.E.2d 730 (2003), finding no prejudicial error in orders entered 10 December 2001 and judgments entered 12 December 2001 by Judge William C. Griffin, Jr. in Superior Court, Pitt County. Heard in the Supreme Court 10 September 2003.

*Roy Cooper, Attorney General, by William R. Miller, Assistant Attorney General, for the State.*

*Geoffrey W. Hosford for defendant-appellant.*

*Patterson, Harkavy & Lawrence, L.L.P., by Ann Groninger; and Seth Jaffe, on behalf of the American Civil Liberties Union of North Carolina Legal Foundation, Inc., amicus curiae.*

PER CURIAM.

AFFIRMED.